# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 07 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| United States of America <br> v. <br> Arthur Charles Johnson <br><br> Date of Previous Judgment: 07/02/2002 <br> (Use Date of Last Amended Judgment if Applicable) | Case No: 2:01CR00131-FVS-1 <br> USM No: 10338-085 <br><br> Tracy Arlene Staab <br> Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of __168__ months **is reduced to** __150 months__.

Stipulated MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense (Ct. Rec. 96) is GRANTED.

Except as provided above, all provisions of the judgment dated __7/2/2002__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: __10/7/2008__

_Fred Van Sickle_ (signature)
Judge's signature

Effective Date: __10/7/2008__
(if different from order date)

The Honorable Fred L. Van Sickle
Printed name and title